# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

IN RE:
PATRICK O. RITCHIE
DEBTOR                                                    CASE NO. 18-52234


### TRUSTEE'S REPORT AND
### RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED

The final payments on the debtor's retirement loans are due in July 2019. The plan

payment increases at that time but not by an amount equal to the amount of the loan payments.

Pursuant to § 1325(b)(1) the debtor elects to pay allowed claims in full in lieu of paying all

disposable income toward his plan payments. The debtor should amend Section 5.1 of the plan to

provide for a 100% distribution on all nonpriority unsecured claims not separately classified in

the plan.


Beverly M. Burden, Chapter 13 Trustee

By:      /s/ Cheryl E. James
         Cheryl E. James,
         Attorney for Trustee
         Ky. Bar ID:  88883
         P.O. Box 2204
         Lexington, KY 40588-2204
         (859) 233-1527
         notices@ch13edky.com


### CERTIFICATE OF SERVICE

The foregoing was served via ECF on Brian T. Canupp, Esq. on March 6, 2019.

Beverly M. Burden, Chapter 13 Trustee

By:      /s/ Cheryl E. James
         Cheryl E. James,
         Attorney for Trustee